USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
RICHARD SHAW,                          :
                      Plaintiff,       :
                                       :      09 Civ. 2463 (DLC)
          -v-                          :
                                       :      ORDER
NEW YORK DEPARTMENT OF CORRECTIONAL    :
SERVICE, ET AL.,                       :
                      Defendants.      :
---------------------------------------X

DENISE COTE, District Judge:

    On August 25, 2009, plaintiff Richard Shaw requested leave to amend his complaint in order to substitute "T. Ellert, Academic Educational Supervisor" for "Jane Doe 1-2, Academic Educational Supervisors," who are named as defendants in the complaint.  The Court granted the request.  A September 23 Order extended the deadline for filing the amended complaint to October 14.  On October 9, the Pro Se Clerk's Office received from Shaw another copy of his petition to amend the complaint based on the same grounds provided in his August 25 petition.  To date the Court has not received Shaw's actual amended complaint.  By a letter dated November 2, Shaw indicates that he did not understand the Court's orders and renews his request for leave to amend his complaint.  It is hereby

    ORDERED that plaintiff shall edit his complaint by substituting "T. Ellert, Academic Educational Supervisor" for "Jane Doe 1-2, Academic Educational Supervisors" in the caption

of the complaint and in the body of the complaint where appropriate.  It is insufficient for plaintiff to re-submit his petition to amend; plaintiff must actually edit the complaint itself.

IT IS FURTHER ORDERED that plaintiff must submit his amended version of his complaint to the Pro Se Clerk's Office at 500 Pearl Street, Room 230, New York, New York 10007 by **November 20, 2009**.

SO ORDERED:

Dated:   New York, New York
         November 9, 2009

                                    _____
                                              DENISE COTE
                                       United States District Judge

COPIES SENT TO:

Richard Shaw
93-A-5709
Green Haven Correction Facility
P.O. Box 4000
Stormville, NY 12582

Daniel Schulze
Assistant Attorney General
Office of the Attorney General
State of New York 120 Broadway
New York, NY 10271